IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **KAREN XIOMARA MANCIA and ALMA GUEVARA,** | § § § § § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. **3:12-CV-2467-L** |
| | § | |
| **JJ CHAN FOOD, INC. d/b/a VIP Buffet and WEI JIE CHEN,** | § § § § | |
| Defendants. | § | |

# ORDER

The court entered default judgment against Defendants JJ Chan Food, Inc. and Wei Jie Chen on September 4, 2015. Before the court is Plaintiffs' Verified Motion for Attorney's Fees and Costs Pursuant to 29 U.S.C. § 216(b), filed September 24, 2015. The court referred this motion to United States Magistrate Judge Paul D. Stickney for findings and recommendation for its disposition. On June 21, 2016, Judge Stickney issued the Findings, Conclusions, and Recommendation ("Report") of the United States Magistrate Judge. Plaintiffs requested attorney's fees of $39,218.50 and costs of $2,742.31. The Report recommended that the court grant in part and deny in part Plaintiffs' Motion for Attorney's Fees and Costs Pursuant to 29 U.S.C. § 216(b). Specifically, Judge Stickney recommended that the court award Plaintiffs $39,218.50 as attorney's fees and award them $2,692.31 as costs. No objections to the Report were filed.

After a careful review of the motion, record, and Report, the court **determines** that the findings and conclusions of the Magistrate Judge are correct, and **accepts** them as those of the court. Accordingly, the court **grants in part** and **denies in part** Plaintiffs' Verified Motion for Attorney's Fees and Costs Pursuant to 29 U.S.C. § 216(b). Plaintiffs are **hereby awarded** and

**Order – Page 1**

**shall recover** attorney's fees of **$39,218.50** and costs of **$2,692.31** against Defendants JJ Chan Food, Inc. and Wei Jie Chen, jointly and severally.  Postjudgment interest shall accrue on the total amount of attorney's fees and costs ($41,910.81) at the applicable federal rate of **.58** percent from the date of entry of this order until the total amount is paid in full.

  **It is so ordered** this 24th day of August, 2016.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge